IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PHILIP MARSHALL,

    Plaintiff,

v.

HONORABLE JUDGE PAUL CURRAN,

    Defendant.

ORDER

Case No.  22-cv-439-jdp

Plaintiff Philip Marshall, a patient at Sand Ridge Secure Treatment Center in Mauston, Wisconsin has filed a proposed complaint, and requests leave to proceed without prepayment of the filing fee.

This court uses one method for determining the indigent status of all institutionalized persons, even those like plaintiff who are not subject to the 1996 Prisoner Litigation Reform Act.  This method requires plaintiff to submit a certified copy of a resident account statement for the six-month period immediately preceding the filing of the complaint

A certified copy of plaintiff's resident account statement for the entire sixth-month period immediately preceding the filing of the complaint must be provided if plaintiff intends to pursue the request for leave to proceed without prepayment of the filing fee. Because plaintiff's complaint was submitted on August 19, 2022, the certified resident account statement should cover the period beginning approximately February 18, 2022 and ending approximately August 19, 2022.  If plaintiff fails to submit the required

statement within the deadline set below, I will assume that plaintiff wishes to withdraw this action voluntarily.

## ORDER

IT IS ORDERED that plaintiff Philip Marshall may have until September 14, 2022 to submit a certified copy of plaintiff's resident account statement for the period beginning approximately February 18, 2022 and ending approximately August 19, 2022.  If, by September 14, 2022, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be closed without prejudice to plaintiff filing this case at a later date.

Entered this 24th day of August, 2022.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge